# COURT REPORTER'S REQUEST FOR EXTENSION OF TIME

THIS RECORD IS DUE ON ___12-29-14___

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

THIS RECORD WAS ORIGINALLY DUE ON _12-29-14_

1/13/2015 9:24:00 AM

DEBBIE AUTREY
Clerk

I AM REQUESTING ___30___ DAYS

THIS RECORD IS APPROXIMATELY _1000_ PAGES LONG

IS THIS APPEAL ACCELERATED? ___YES _X_ NO

SIXTH COURT OF APPEALS CAUSE NO. ___06-14-00219-CR___

STYLE OF CASE: Damion D. Williams VS State of Texas

TRIAL COURT _71st Dist_

TRIAL COURT CAUSE NO. ___12-0340X___

I am responsible for preparing a record in this appeal, but am unable to file the record by the original due date for the following reason(s): (Check all that apply – attach additional pages if necessary.)

☐ To the best of my knowledge, the Appellant has made no claim of indigence, or has been found to be not indigent, and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

☒ My duties listed below preclude working on this record: _____

I'm the official Reporter for the 71st Dist. Court and am in Court every day.

☐ Other (explain): I have the following appeals due;
Davidson vs Bowman — 1-29-15
Parker vs St of TX — 2-2-15
Summage vs St of TX — 2-4-15

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

_1-12-15_
Date

_903 935 8407_
Office Phone Number

_Tan5070@aol.com_
E-mail address (if available)

_Tanya McFarland_ (signature)
Signature

_Tanya McFarland_
Printed Name

_Court Reporter_
Official Title

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

**Lead Counsel for Appellant(s):**

Name: _____

Address: _____

_____

Phone No. _____

Attorney for: _____

**Lead Counsel for Appellee(s):**

Name: _____

Address: _____

_____

Phone No. _____

Attorney for: _____

FAX TO: Molly Pate (Deputy Criminal Clerk) or Kim Robinson (Deputy Civil Clerk)

Sixth Court of Appeals, Texarkana, at

903 798-3034

(to be followed by a printed version by mail)